Form osc1006 – osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 25−19115−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Teresa Vaughn
    aka Teresa Panford
    1336 Amherst Ave
    Union, NJ 07083

Social Security No.:
    xxx−xx−5099

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS

The debtor filed a petition on August 29, 2025, and has failed to comply with the Court's local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑     Debtor has not paid the filing fee in the amount of $313.00 in full at the time of the filing of the petition.

☐     Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐     Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk or the case will be dismissed.

☑     Filing fee in the amount of $313.00

☐     Application for Individuals to Pay the Filing Fee in Installments

☐     Initial installment payment in the amount of $

☐     Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

A hearing is scheduled before the Honorable Vincent F. Papalia on:

Date: October 2, 2025
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to show cause why the case should not be dismissed.

If **all** required documents and/or fees are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system at www.njb.uscourts.gov for non court efilers.

Unless all required documents and/or fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in−person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to pay fees, seek an extension, or appear at the hearing will result in dismissal of the case.

IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.

Dated: September 2, 2025
JAN: mmf

                                                     Vincent F. Papalia
                                                     United States Bankruptcy Judge