UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on March 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   TERESA VAUGHN

Case No.: 25-19115VFP

Hearing Date:  3/5/2026

Judge:  VINCENT F. PAPALIA

# INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: March 6, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):   TERESA VAUGHN

Case No.:   25-19115VFP

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 03/05/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must make a payment of $1,281.00 the Trustee by 3/19/2026 and said payment must be received and posted by the Trustee by 3/19/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that the February 1, 2025, pay stub be provided to the Trustee by 3/19/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 4/2/2026 at 8:30 AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 25-19115-VFP
Teresa Vaughn                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                                 Page 1 of 1
Date Rcvd: Mar 09, 2026                      Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

**Recip ID**              **Recipient Name and Address**
db                  +    Teresa Vaughn, 1336 Amherst Ave, Union, NJ 07083-5539

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:

**Name**                             **Email Address**

Carl Levitt
                                 on behalf of Debtor Teresa Vaughn clevitt@levkazlaw.com

Elizabeth L. Wassall
                                 on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg
                                 magecf@magtrustee.com

U.S. Trustee
                                 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4