**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**
**Paralegal Email: KGuarneri@magtrustee.com**

IN RE:

TERESA VAUGHN

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

**Chapter 13 Case No.:  25-19115 VFP**

**CERTIFICATION IN SUPPORT OF DEFAULT**

I, Jeannine VanSant, being of full age certify that:

- I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- On 04/02/2026, the above Chapter 13 Petiton was scheduled for a Confirmation/Motion Hearing before the Honorable VINCENT F. PAPALIA.

- Judge VINCENT F. PAPALIA  entered an Order directing the debtor(s) to:
    - file the Pre-Confirmation Certification of Compliance form with the court
  by 04/16/2026.

- To date, the debtor(s) has not acted in accordance with said provisions.

- It is further submitted that:
    - The debtor(s), as of the date of this Certification is delinquent a total of $1281.00.

- For the reasons set forth above, the Trustee recommends this case be dismissed.

- Any objection to this Certification of Default must be filed with the court and served upon the Chapter 13 Trustee within 14 days of 04/30/2026.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  April 30, 2026

By:   /S/  Jeannine VanSant
      Jeannine VanSant
      Administrator